

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2022

No. 04-20-00486-CR

Jemadari Chinua **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-346
Honorable Rex Emerson, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

On October 19, 2022, a panel consisting of Justice Chapa, Justice Watkins, and Justice Rodriguez issued a new opinion and judgment in this appeal. Because the panel has issued a different opinion, the motion for en banc reconsideration filed by the State is DENIED AS MOOT. *See* Tex. R. App. P. 49.5.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2022.



Michael A. Cruz,
Clerk of Court